GEORGE A. MAKIN, an Infant, by HELEN E. MAKIN, His Guardian ad Litem, Respondent, *v.* THE PETTEBONE CATARACT PAPER COMPANY, Appellant.

*Makin v. Pettebone Cataract Paper Co.,* 111 App. Div. 726, affirmed.
(Argued February 28, 1907; decided March 15, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Maulsby Kimball* for appellant.

*Robert H. Gittins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.